IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOWETT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-790C |
| v. | ) | (Judge Sypolt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's chambers procedures order issued on May 7, 2004, the parties must hold an early meeting of counsel, consistent with the requirements of Appendix A of the Rules of the Court of Federal Claims ("RCFC"), by June 17, 2004.[1] Defendant, the United States, respectfully provides notice that the parties stipulate that they are unable to hold an early meeting of counsel because defendant's counsel has not yet received a litigation report from the agency. Consequently, defendant's counsel does not yet possess the required information to answer the questions required by Appendix A. Plaintiff's counsel has indicated to defendant's counsel that plaintiff stipulates to the postponement of the early meeting of counsel until defendant's counsel is in possession of the litigation report.

The chambers procedures order also requires the parties to make initial disclosures pursuant to RCFC 26(a)(1) within six weeks after the filing of the Defendant's Notice of Appearance. The parties also stipulate that they will make initial disclosures pursuant to RCFC 26(a)(1) within two weeks of the early meeting of counsel.

---

[1] This Court's chambers procedures order requires that the early meeting of counsel shall take place within four weeks after defendant files its Notice of Appearance. Defendant filed its Notice of Appearance in this case on May 20, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

S/ KELLY B. WEISS
KELLY B. WEISS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-1011
Fax (202) 514-8624

June 16, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 16, 2004, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. WEISS