# In the United States Court of Federal Claims

No. 04-790C
**ELECTRONIC CASE FILING**

(Filed June 17, 2004)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| **JOWETT, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * | * |

## Order

On June 16, 2004, defendant filed a Status Report requesting an enlargement of time to hold the early meeting of counsel required by Appendix A of the court's rules and the court's May 7, 2004 chambers procedures order, from June 17, 2004 until defendant's counsel receives a litigation report from the agency. Defendant also requests an enlargement of time to make the initial disclosures required by the chambers procedures order until two weeks after the early meeting of counsel. Plaintiff consents to these enlargements.

An enlargement of time of two weeks only shall be allowed.

/s Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims