IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOWETT, INC., | ) | |
| Plaintiff, | ) | No. 04-790C |
| v. | ) | (Judge Sypolt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including July 20, 2004, to file a response to the complaint in the above-captioned matter. Our response is currently due on July 6, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated to the counsel for defendant that plaintiff does not oppose this request.

The requested enlargement of time is necessary, in part, because defendant's counsel has not yet received a litigation report from the agency. An enlargement of 14 days will allow agency counsel additional time to assemble and evaluate relevant records obtained from the contracting officer and allow defendant's counsel time to review the case, coordinate our response with agency counsel, and obtain necessary internal review. Moreover, defendant's counsel will be out of town from June 30, 2004 through July 11, 2004 to attend her own wedding and

honeymoon.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may respond to the plaintiff's complaint by 14 days, to and including July 20, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

S/ KELLY B. WEISS
KELLY B. WEISS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-1011
Fax. (202) 514-8624

June 21, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 21, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. WEISS