IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOWETT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 04-790C |
| | ) | (Judge Sypolt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS

Defendant respectfully requests that the Court stay further proceedings in this action in order to allow the parties to continue settlement discussions. On September 7, 2004, defendant's counsel discussed this request with plaintiff's counsel, who indicated that plaintiff will not oppose the Government's motion.

Defendant believes it would be in the interest of the parties and of judicial economy to stay this case so that the parties can continue settlement discussions. Although we expect that discussions will be completed sooner, in the event that they are not, we propose that the parties file a status report with the Court within 45 days of the requested stay order, informing the Court of the status of our discussions and recommending further action.

For this reason, we respectfully request that this Court

grant our motion to stay this case until settlement discussions have concluded.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-1011
Fax. (202) 514-8624

Attorneys for Defendant

Of Counsel:
MOGBEYI E. OMATETE
General Attorney
Department of Health and
Human Services
330 Independence Ave., S.W.
Room 4760
Washington, DC 20201
Tel. (202) 619-0179
Fax. (202) 619-2922

September 7, 2004

CERTIFICATE OF FILING

I hereby certify that on September 7, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK