# In the United States Court of Federal Claims

No. 04-790C

(Electronically Filed on September 9, 2004)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| **JOWETT, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * | * |

## Order

On September 7, 2004, defendant filed an unopposed motion to stay the proceedings in this case pending settlement discussions. The motion is granted.

On or before October 25, 2004, and every 45 days thereafter, the parties shall file a joint status report detailing the progress of their settlement efforts and proposing a schedule for further proceedings.

/s Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims