# In the United States Court of Federal Claims

No. 04-790C

(Electronically Filed on October 29, 2004)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| **JOWETT, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * | * |

## Order

On October 25, 2004, the parties filed a joint status report requesting that the stay in this case be continued pending settlement discussions. The request is granted.

The parties shall continue to file joint status reports, every 45 days, detailing the progress of their settlement efforts and proposing a schedule for further proceedings.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims