IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOWETT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-790C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order issued on October 29, 2004, and the parties' previous Joint Status Report, filed on December 13, 2004, the parties submit this status report. At this time, the parties continue to amicably discuss settlement of the above-captioned case. Defendant's counsel has worked with agency counsel to ascertain the agency's position upon a proposed settlement, and must obtain approval of any proposed settlement offer. Accordingly, the parties respectfully request that the Court continue the stay of proceedings in this case for an additional 45 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-7961
Fax (202) 353-7988

January 27, 2005

Attorneys for Defendant

S/ ANDREW N. COOK
ANDREW N. COOK
Attorney
Bell, Boyd, & Lloyd, P.L.L.C.
1615 L St., N.W.
Suite 1200
Washington, DC 20036
Tel. (202) 955-6828
Fax (202) 835-4118

January 27, 2005

Attorney for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on January 27, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK