IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOWETT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-790C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, the parties hereby jointly stipulate to dismiss the complaint without prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

S/ ANDREW N. COOK
ANDREW N. COOK
Attorney
Bell, Boyd, & Lloyd, P.L.L.C.
1615 L St., N.W.
Suite 1200
Washington, DC 20036
Tel. (202) 955-6828
Fax (202) 835-4118

June 13, 2005

Attorney for Plaintiff

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-7961
Fax (202) 353-7988

June 13, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of June, 2005, a copy of the foregoing signed "JOINT STIPULATION FOR DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ KELLY B. BLANK